GRANT L. BARTELSTONE, Appellant, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

Submitted October 21, 1942; decided December 3, 1942.

*Harry Greenspan* for appellant.

*Grattan B. Shults, John G. Kelly, Carl F. Hollander* and *Louis W. Dawson* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.